417 A.2d 786

Commonwealth v. Johnson, R., Appellant.

Submitted December 8, 1978. Edward Rudley, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

417 A.2d 786

Commonwealth v. Rhodes, Appellant.

Argued March 22, 1979. Stanley M. Shingles, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.